**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Romel A Delgado Gomez,
Petitioner,

v.

John E Cantu, et al.,
Respondents.

No. CV-26-02731-PHX-JCH (DMF)

**ORDER**

Petitioner filed a Motion to Enforce Judgment on June 11, 2026. (Doc. 6.) On July 6, 2026, Petitioner filed a second petition in CV-26-04677-PHX-JCH. The Court granted the second Petition on November 9, 2026. The Court will therefore deny as moot the Motion to Enforce Judgment.

Accordingly,

**IT IS ORDERED denying as moot** the Motion to Enforce Judgment (Doc. 6).

Dated this 16th day of November, 2026.

John C. Hinderaker
United States District Judge